M. LURIE WOOLEN Co., INC., Respondent, v. HEYMAN COHEN & SONS, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

IDA MORRIS, Respondent, v. JOHN MUIR and Others, Doing Business under the Firm Name, etc., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

PAUL J. EXNER & SON, INC., Respondent, v. JOHN H. SULLIVAN COMPANY, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

PAUL J. EXNER & SON, INC., Respondent, v. JOHN H. SULLIVAN COMPANY, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

JOHN E. KING, Respondent, v. JOHN L. DUDLEY, JR., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE GORHAM COMPANY, Respondent, v. ALBERT FRANCIS HAGAR, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, Respondent, v. POSTAL LIFE INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ABNER GREENBERG, Appellant, v. JEROME H. REMICK & COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

HARRY L. DAURNHEIM and Another, Respondents, v. AUGUST TONELLI, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

YONKERS TRUST COMPANY, Respondent, v. WILLIAM HURD HILLYER, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Laughlin, J., dissenting.

JOSEPH M. L. STRIKER, an Infant, etc., by JOSEPHINE R. STRIKER, His Guardian ad Litem, Appellant, v. J. GEORGE MEHRTENS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ELIZABETH BERRAS, Respondent, v. DAVID KEANE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

HUGH STANISLAUS STANGE and Another, Respondents, v. STUART WALKER, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.